UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>Dry Erase Designs, LLC,<br><br>              Debtor. | Chapter 11<br><br>Case No. 18-31459 |

**AMENDED
NOTICE OF OPPORTUNITY FOR HEARING**

      TAKE NOTICE that the Debtor in this case has filed an *Amended Motion for Authority to Sell Property of the Debtor Free and Clear of Liens* (the "Amended Motion") (D.E. 55) whereby the Debtor seeks Court authority to sell certain personal property, Debtor's name, IP, customer lists, goodwill and domain name/website of the Debtor for the sum of $35,000 with any and all liens attaching to the proceeds. Copies of the Amended Motion are available from the undersigned.

> Your rights may be affected. You should read this Notice carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

      If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then on or before **October 31, 2018, you or your attorney must do three (3) things:**

      1. **File with the Court a written request for a hearing at:**

            U.S. Bankruptcy Court
            401 W. Trade St.
            Charlotte, NC 28202

      If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

      2. **On or before the date stated above for filing your written request for hearing, you must also mail or fax a copy of your written request for hearing to:**

            A. Cotten Wright
            Grier Furr & Crisp, P.A.
            101 North Tryon Street, Suite 1240
            Charlotte, NC  28246
            Fax:  (704) 332-0215

3.      **If you request a hearing, you or your attorney must** attend a hearing which would be held at **9:30 a.m. on November 13, 2018, in Courtroom 1-4** of the United States Courthouse at 401 W Trade Street, Charlotte, NC.  No hearing will be held unless you request it.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an order granting the Motion.

This the 19th day of October, 2018.

/s/ *Anna S. Gorman*
Anna S. Gorman (State Bar No. 20987)
A. Cotten Wright (State Bar No. 28162)
Grier Furr & Crisp, PA
101 North Tryon Street, Suite 1240
Charlotte, North Carolina 28246
Phone:  (704) 332-0207
Fax:  (704) 332-0215
Email:  agorman@grierlaw.com
*Attorneys to the Debtor*

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re: <br><br> Dry Erase Designs, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-31459 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the *Amended Notice of Opportunity for Hearing of* Debtor's *Amended Motion for Authority to Sell Property of the Debtor Free and Clear of Liens* was served on the parties who have requested notice in this case through the Court's electronic filing system as well as to the parties listed below, and that the *Amended Notice of Opportunity for Hearing* was served on those parties whose names and addresses appear on the attached mailing list by electronic mail.

Nexry, LLC                    via email: brian.hayes@bluehouseinc.com
Attn: Brian Hayes
4604 49th Street N, Suite 1024
St. Petersburg, FL  33709


This is the 19th day of October, 2018.

/s/ Anna S. Gorman
Anna S. Gorman
Grier Furr & Crisp, PA
101 North Tryon Street, Suite 1240
Charlotte, North Carolina 28246
Phone: (704) 332-0207
Fax: (704) 332-0215
Email: agorman@grierlaw.com
*Attorneys to the Debtor*

```
Label Matrix for local noticing          AFLAC                                    ALL-POINTS WASTE SERVICE, INC.
0419-3                                   1932 WYNTON RD                           1055 Van Buren Ave
Case 18-31459                            Columbus, GA 31999-0002                  Indian Trail, NC 28079-5541
Western District of North Carolina
Charlotte
Tue Oct 16 13:37:34 EDT 2018

AMERICAN EXPRESS                         ANDREW W J TARR            ECF          ANDREWS PROPERTIES OF CHARLOTTE, LLC
200 Vesey Street                         ROBINSON BRADSHAW                        412 Hermitage Court
New York, NY 10285-0002                  101 N TRYON ST, STE 1900                 Charlotte, NC 28207-1412
                                         Charlotte, NC 28246-0106


ASHLEY A EDWARDS                         AUTHORIZE.NET CORP                       American Pen & Panel
PARKER POE ADAMS & BERNSTEIN LLP         915 South 500 East                       P.O. Box 36276
401 S TRYON ST STE 3000                  Suite 200                                Rock Hill, SC 29732-0504
Charlotte, NC 28202-1942     ECF         American Fork, UT 84003-3373


BARTON, BRIAN                            (p)BB AND T                              CODDINGTON, WILLIAM
856 HOLLY GROVE                          PO BOX 1847                              831 East Morehead St. Suite 255
Blacksburg, SC 29702-7303                WILSON NC 27894-1847                     Charlotte, NC 28202-2773



CORPORATION SERVICE COMPANY as REPRESENT Douglas and Gail Creed                   Culligan of Charlotte
801 ADLAI STEVENSON DR                   2 Pine Knoll Road                        655-R Pressley Rd
Springfield, IL 62703-4261               Lake Wylie, SC 29710-9245                Charlotte, NC 28217-4611



DREAMHOST                                DROPBOX                                  Davis Wood Products
417 Associated Road                      333 Brannan St                           PO BOX 604
PMB, Suite 257                           San Francisco, CA 94107-1810             Hudson, NC 28638-0604
Brea, CA 92821-5802


Douglas and Gail Creed                   Dry Erase Designs, LLC                   Duke Energy Legal Department
707 Ledgestone Court                     c/o A Cotten Wright    ECF               550 S. Tryon Street
Tega Cay, Sc 29708-6516                  101 N Tryon St, Ste 1240                 Charlotte, NC 28202-4200
                                         Charlotte, NC 28246-0104


ECWID, INC                               EFAX - J2 GLOBAL COMMUNICATIONS          ELEMENT13 LLC
144 West D Street                        6922 Hollywood Blvd., 5th Floor          235 SPINNAKER CT
Suite 103                                Los Angeles, CA 90028-6125               Davidson, NC 28036-7103
Encinitas, CA 92024-3571


Ashley A Edwards          ECF            FELTON E PARRISH                         FERGUSON BOX            duplicate
Parker Poe Adams Bernstein LLP           Hull & Chandler, P.A.                    10820 Quality Dr,
401 South Tryon Street Suite 3000        1001 Morehead Square Drive, Suite 450    Charlotte, NC 28278-7702
Charlotte, NC 28202-1942                 Charlotte, NC 28203-4373


FUNDBOX                                  FedEx Corp. Revenue Services             Ferguson Supply & Box Mfg Co. Inc.
300 Montgomery St                        3965 Airways, Module G                   Attn: Janice Rappley
San Francisco, CA 94104-1921             Memphis, TN 38116                        10820 Quality Drive
                                                                                  Charlotte, NC 28278-7702
```

GANS INK & SUPPLY CO., INC
1441 BOYD ST
Los Angeles, CA 90033-3714

GOOGLE
LEGAL SUPPORT
901 CHERRY AVE
San Bruno, CA 94066-2914

Anna S. Gorman
Grier, Furr, & Crisp PA
101 North Tryon St.
Suite 1240
Charlotte, NC 28246-0104

Grimco Inc
1585 Fencorp Dr
Fenton, MO 63026-2942

HARDEN II, VANCE
44 COURT ST
Belmont, NC 28012-3517

HARDEN, PATRICK
121 OLIVE ST
Pineville, NC 28134-8554

HEARTLAND PAYMENT SYSTEMS
90 LINDEN OAKS STE 110
Rochester, NY 14625-2830

HIDDEN ACRES CONSTRUCTION, LLC
517 Tyson St.
Charlotte, NC 28209-2322

HOLLAND
700 S. Waverly Rd.
Holland, MI 49423-9121

HUBSPOT
25 First Street, 2nd Floor
Cambridge, MA 02141-1814

Internal Revenue Service
Insolvency 4905 Koger Blvd.
Suite 102 M/S 9
Greensboro, NC 27407-2734

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JAYRO ENTERPRISES, INC
235 SPINNAKER CT
Davidson, NC 28036-7103

JOHN W FLETCHER, III
HENDERSON, NYSTROM FLETCHER & TYDINGS
831 E Morehead St, Ste 255
Charlotte, NC 28202-2773

JUMPFLY
2541 Technology Drive
Elgin, IL 60124-7845

LARGE DOCUMENT IMAGING, INC
3030 BUSINESS PARK DRIVE SUITE A
NORCROSS, GA 30071-1400

LYNAM, JOSEPH
200 CARLS RD
Matthews, NC 28104-5012

M-D METAL SOURCE
1630 Old Dunbar Rd,
West Columbia, SC 29172-1936

MECKLENBURG COUNTY TAX COLLECTOR
P.O. Box 31637
Charlotte, NC 28231-1637

MICROSOFT
One Microsoft Way
Redmond, WA 98052-8300

MOBERG, CHRISTOPHER SHAYNE
6724 STARCREST DR
Charlotte, NC 28210-5340

MODE TRANSPORTATION
PO BOX 71188
Chicago, IL 60694-1188

NC Department of Revenue
Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

(p)PIEDMONT NATURAL GAS
ATTN CBO BANKRUPTCY
4339 SOUTH TRYON ST
CHARLOTTE NC 28217-1733

QUICKBOOKS - INTUIT, INC
2700 Coast Ave
Mountain View, CA 94043-1140

RING CENTRAL
20 Davis Drive
Belmont, CA 94002-3002

ROZ, LLC
235 SPINNAKER CT
Davidson, NC 28036-7103

Ring Central Office@Hand
E 4th St
Charlotte, NC 28202

SIGN TECHNIQUES
4986 Old York Rd.
Rock Hill, SC 29732-8128

SOUTHEASTERN FREIGHT
420 Davega Road
Lexington, SC 29073-7485

SPECTRUM BUSINESS
PO BOX 70872
Charlotte, NC 28272-0872


Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Rd, N.E.
Atlanta, GA 30326-1180

SpeedPro Imaging
2732 Interstate St Suite A
Charlotte, NC 28208-3646

TG STEGALL
8100 E Independence Blvd
Charlotte, NC 28227-7775


Andrew W.J. Tarr
Robinson, Bradshaw & Hinson, PA
101 N. Tryon St.
Suite 1900
Charlotte, NC 28246-0106

U BRANDS, LLC
27121 Calle Arroyo
Suite 2220
San Juan Capistrano, CA 92675-2759

U.S. Attorney's Office
227 West Trade Street
Suite 1650
Charlotte, NC 28202-1698


U.S. Bankruptcy Administrator Office
402 W. Trade Street
Suite 200
Charlotte, NC 28202-1673

U.S. Securities Exchange
Office of Reorganization
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326-1382

ULINE
12575 Uline Drive
Pleasant Prairie, WI 53158-3686


UNITED STATES BANKRUPTCY ADMINISTRATOR
402 W TRADE ST STE 200
Charlotte, NC 28202-1673

UPS Ground
PO BOX 7247-0244
Philadelphia, PA 19170-0001

Uline Shipping Supplies
12575 Uline Drive
Pleasant Prairie, WI 53158-3686


United States Attorney
227 West Trade Street
Carillon Bldg, Suite 1700
Charlotte, NC 28202-1675

UnitedHealthcare Insurance Co.
UHS Premium Billing
PO BOX 94017
Palatine, IL 60094-4017

WILLIAMS, ROY MICHAEL
926 ARCHIE STREET #206
Fort Mill, SC 29715-9411


WORDSTREAM, INC
101 Huntington Ave, Floor 7
Boston, MA 02199-7607

Wrico Stamping Co. of NC
10134 Industrial Dr
Pineville, NC 28134-6516

Anna Cotten Wright
Grier, Furr & Crisp, PA
101 N. Tryon St., Suite 1240
Charlotte, NC 28246-0104


YRC Freight
11010 Reames Rd
Charlotte, NC 28269-7673

ZINN, AARON D
70 HIGH POINT CIRCLE
Newnan, GA 30265

ZINN, AARON D
79 High Point Circle
Newnan, GA 30265-5913


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


BRANCH BANKING & TRUST CO
200 West Second Street
Winston Salem, NC 27101

PIEDMONT NATURAL GAS
PO Box 33068
Charlotte, NC 28233